UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-21437-CIV-O'SULLIVAN
[CONSENT]

WILFREDO RAMIREZ, and
others similarly situated,
    Plaintiff,
v.
BAN BIN OF MIAMI, INC.,
et al.,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion to Enforce Settlement with Incorporated Memorandum of Law (DE# 80, 8/26/08). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendants shall file a response to Plaintiff's Motion to Enforce Settlement with Incorporated Memorandum of Law (DE# 80, 8/26/08) on or before **Thursday, October 2, 2008**. The failure to file a response may result in an Order granting Plaintiff's Motion to Enforce Settlement with Incorporated Memorandum of Law (DE# 80, 8/26/08) in its entirety.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **18th** day of September, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record